

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

OLYMPIC ARMS; CALICO LIGHT WEAPONS
SYSTEMS; D.C. ENGINEERING, INC.;
AMMO DUMP; and GLENN DUNCAN,

    Plaintiffs,

v.                                            Case No. 95-CV-76357-DT

JOHN W. MAGAW, Director, Bureau of
Alcohol, Tobacco and Firearms; and
UNITED STATES OF AMERICA,

    Defendants.

_____/

### JUDGMENT

In accordance with the "Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiffs' Cross-Motion for Summary Judgment entered on MAR 31 2000

**IT IS ORDERED AND ADJUDGED** that judgment is entered for defendants and against plaintiffs. Dated at Detroit, Michigan, this 31st day of March, 2000.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT
                                        BY: _____
                                        Lisa Teets, Case Manager
                                        to Judge Robert H. Cleland

107